B1 (Official Form 1)(1/08)

# United States Bankruptcy Court
## Southern District of New York

**Voluntary Petition**

| | |
|---|---|
| Name of Debtor (if individual, enter Last, First, Middle):<br>Mangia 57 Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>DBA Mangia 57; FKA Joanna, Sasha and<br>Friends Food Services, Inc. | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>13-3112394 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>50 West 57th Street<br>New York, NY<br>ZIP Code: 10019 | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>New York | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ■ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Assets
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

Estimated Liabilities
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): Mangia 57 Inc.

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed: – None – | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: – None – | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X_____
   Signature of Attorney for Debtor(s)    (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Mangia 57 Inc. |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

**X** /s/ Gabriel Del Virginia, Esq.
Signature of Attorney for Debtor(s)

Gabriel Del Virginia, Esq. (GDV-4951)
Printed Name of Attorney for Debtor(s)

LAW OFFICES OF GABRIEL DEL VIRGINIA
Firm Name

488 Madison Avenue,
19th Floor,
New York, NY 10022

Address

    Email: gabriel.delvirginia@verizon.net
212-371-5478  Fax: 212-371-0460
Telephone Number

December 2, 2009
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ SASHA MUNIAK
Signature of Authorized Individual

SASHA MUNIAK
Printed Name of Authorized Individual

Operating Director
Title of Authorized Individual

December 2, 2009
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of New York

In re: Mangia 57 Inc.
Debtor(s)

Case No.
Chapter 11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| ADJ WHOLESALE<br>1290-A OAK POINT AVE<br>BRONX, NY | ADJ WHOLESALE<br>1290-A OAK POINT AVE<br>BRONX, NY | Trade | | 37,603.75 |
| Andreas Fish Inc.<br>P.O. Box 2321<br>New York, NY 10009 | Andreas Fish Inc.<br>P.O. Box 2321<br>New York, NY 10009 | Trade | | 16,093.56 |
| BORAX PAPER PRODUCTS INC<br>GENERAL POST OFFICE<br>P.O. BOX 27712<br>NEW YORK, NY | BORAX PAPER PRODUCTS INC<br>GENERAL POST OFFICE<br>P.O. BOX 27712<br>NEW YORK, NY | Trade | | 211,193.19 |
| CONSOLIDATED EDISON CO.<br>JAF STATION<br>PO BOX 1702<br>NEW YORK, NY | CONSOLIDATED EDISON CO.<br>JAF STATION<br>PO BOX 1702<br>NEW YORK, NY | Utility | | 62,401.02 |
| ELI'S BREAD<br>403 EAST 91ST STREET<br>NEW YORK, NY | ELI'S BREAD<br>403 EAST 91ST STREET<br>NEW YORK, NY | Trade | | 21,916.83 |
| FRANK GARGIULO & SON, INC<br>535 SWEETLAND AVE.<br>HILLSIDE, NJ | FRANK GARGIULO & SON, INC<br>535 SWEETLAND AVE.<br>HILLSIDE, NJ | Trade | | 41,373.80 |
| G & S PRODUCE<br>404 E. CENTRAL BLVD.<br>PALISADES PK, NJ | G & S PRODUCE<br>404 E. CENTRAL BLVD.<br>PALISADES PK, NJ | Trade | | 47,182.50 |
| HUDSON BREAD<br>5601-5711 TONNELLE<br>NEW JERSEY, NJ | HUDSON BREAD<br>5601-5711 TONNELLE<br>NEW JERSEY, NJ | Trade | | 16,914.47 |
| MAGNOLIA BEEF CO.<br>P.O. BOX 220<br>ELIZABETH, NJ | MAGNOLIA BEEF CO.<br>P.O. BOX 220<br>ELIZABETH, NJ | Trade | | 61,110.52 |
| METRO FOODS, INC.<br>4-11 C 26TH AVENUE<br>ASTORIA, NY | METRO FOODS, INC.<br>4-11 C 26TH AVENUE<br>ASTORIA, NY | Trade | | 63,093.87 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Mangia 57 Inc.     Case No.
          Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| N.Y. State Department of Taxat<br>WA Harriman State Campus<br>Albany, NY 12205 | N.Y. State Department of Taxat<br>WA Harriman State Campus<br>Albany, NY 12205 | NYS sales tax | Contingent<br>Unliquidated<br>Disputed | 259,918.30 |
| NODINES SMOKEHOUSE INC.<br>PO BOX 1787<br>TORRINGTON, CT | NODINES SMOKEHOUSE INC.<br>PO BOX 1787<br>TORRINGTON, CT | Trade | | 46,859.47 |
| OXFORD HEALTH PLANS<br>PO BOX 1368<br>NEWARK, NJ | OXFORD HEALTH PLANS<br>PO BOX 1368<br>NEWARK, NJ | Insurance | | 17,309.57 |
| PAT LA FRIEDA<br>601 WASHINGTON STREET<br>NEW YORK, NY | PAT LA FRIEDA<br>601 WASHINGTON STREET<br>NEW YORK, NY | Trade | | 15,520.00 |
| R.E. DIAMOND<br>10 BOX STREET<br>BROOKLYN, NY | R.E. DIAMOND<br>10 BOX STREET<br>BROOKLYN, NY | | | 39,790.88 |
| RSM McGladrey<br>5155 Payspere Circle<br>Chicago, IL 60674 | RSM McGladrey<br>5155 Payspere Circle<br>Chicago, IL 60674 | | | 15,831.17 |
| SILVER & COMPANY<br>155 EAST 55TH STREET<br>SUITE 300B<br>NEW YORK, NY | SILVER & COMPANY<br>155 EAST 55TH STREET<br>SUITE 300B<br>NEW YORK, NY | Trade | | 31,000.00 |
| SWEET CLOVER FARMS<br>155-25 STYLER RD<br>JAMAICA, NY | SWEET CLOVER FARMS<br>155-25 STYLER RD<br>JAMAICA, NY | Trade | | 96,561.97 |
| SYSCO METRO NEW YORK, LLC.<br>20 THEODORE CONRAD DR.<br>JERSEY CITY, NJ | SYSCO METRO NEW YORK, LLC.<br>20 THEODORE CONRAD DR.<br>JERSEY CITY, NJ | Trade | | 18,406.91 |
| VORNADO REALTY TRUST<br>P.O. BOX 21097A<br>New York, NY 10286 | VORNADO REALTY TRUST<br>P.O. BOX 21097A<br>New York, NY 10286 | Premises | | 335,708.76 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Operating Director of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  December 2, 2009     Signature  /s/ SASHA MUNIAK
                                       SASHA MUNIAK
                                       Operating Director

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

MANGIA 23RD
16 EAST 48TH STREET
NEW YORK, NY 10017

MANGIA 23RD
16 EAST 48TH STREET
NEW YORK, NY 10017

60-62 GREENWICH
16 EAST 48TH STREET
NEW YORK, NY 10017

60-62 GREENWICH
16 EAST 48TH STREET
NEW YORK, NY 10017

A TO Z
PO BOX 605
FAR HILLS, NJ 07931

A&L CESSPOOL SERVICE CORP
38-40 REVIEW AVE
LIC, NY 11101

ABSOLUTE PEST CONTROL
P.O. BOX 1115
`
RONKONKOMA, NY 11779

ACE ENDICO
80 INTERNATIONAL BLVD.
BREWSTER, NY 10509

ADJ WHOLESALE
1290-A OAK POINT AVE
BRONX, NY

ADP, INC.
PO BOX 9001006
LOUISVILLE, KY 40290

ADVANCE RESTAURANT FINANCE
MISSION VALLEY BANK
9114 SUNLAND BOULEVARD
SUN VALLEY, CA 91352

AGRI EXOTIC TRADING
700 ROUTE 46 WEST
SUITE 5
CLIFTON, NJ 07013


ANDREAS FISH INC.
P.O. BOX 2321
NEW YORK, NY 10009


ANSWER PRINTING INC.
P.O. BOX 3442
NEW YORK, NY 10163


ARDO GOURMET, INC.
6108 JACKSON ST.
WEST NEW YORK, NJ 07093


ARROW LINEN SUPPLY
467 PROSPECT AVENUE
BROOKLYN, NY 11215


AUTOMATIC ICE MAKER CO.
400 SOUTH AVE
SUITE #6
MIDDLESEX, NJ


BALBER PICKARD PC
1370 AVE OF THE AMERICAS
7TH FLOOR
NEW YORK, NY


BALDOR ENTERPRISES INC.
P.O. BOX 5411
NEW YORK, NY


BORAX PAPER PRODUCTS INC
GENERAL POST OFFICE
P.O. BOX 27712
NEW YORK, NY


BOYLAN BOTTLING CO., INC.
P.O.BOX 822102
PHILADELPHIA, PA

C&R SPECIALTY SVCS. INC.
36 CARLOUGH ROAD-UNIT G
BOHEMIA, NY

CAPITAL ONE TERM LOAN
P.O. BOX 8913
MELVILLE, NY 11747

CATSMO CORP
25 MYERS ROAD
WALLKILL, NY

CIBO SPECIALTY FOOD SERV.
2537 BRUNSWICK AVE.
LINDEN, NJ

CIRCLE KO BEVERAGE SALES, INC.
11 WEST 32ND STREET
5TH FLOOR
NEW YORK, NY

CLEANSE TEC
1000 LINWOOD STREET
BROOKLYN, NY

CONSOLIDATED EDISON CO.
JAF STATION
PO BOX 1702
NEW YORK, NY

COUNTRY GIRL, INC.
461 RAILROAD AVE.
WESTBURY, NY

DAIRYLAND USA CORP.
GENERAL POST OFFICE
P.O.BOX 30943
NEW YORK, NY

EAST COAST JUICE
461 RAILROAD AVE.
WESTBURY, NY

ECOLAB
P.O. BOX 905327
CHARLOTTE, NC


ELI'S BREAD
403 EAST 91ST STREET
NEW YORK, NY


EXCLUSIVE BEVERAGE
DISTRIBUTORS
154 MARINE ST.
FARMINGDALE, NY


EXOTIC GOURMET CORP.
57-50 FLUSHING AVE
MASPETH, NY


FILTA CLEAN CO., INC.
107 GEORGIA AVENUE
BROOKLYN, NY


FRANK GARGIULO & SON, INC
535 SWEETLAND AVE.
HILLSIDE, NJ


G & S PRODUCE
404 E. CENTRAL BLVD.
PALISADES PK, NJ


GRAMERCY PRODUCE
421 BROWD NYC
BRONX, NY 10474


GRANITE TELECOMMUNICATIONS
P.O. BOX 83197
WOBURN, MA 01813


H & H MIDTOWN BAGELS EAST
1551 SECOND AVE.
NEW YORK, NY


HARNEY & SONS (TEA)
5723 ROUTE 22,
MILLERTON, NY

HUDSON BREAD  
5601-5711 TONNELLE  
NEW JERSEY, NJ


HYCO  
967 E. 149TH STREET  
BRONX, NY


IESI NY CORPORATION  
PO BOX 34233  
NEWARK, NJ


IMPERIAL BAG & PAPER CO, LLC  
GENERAL POST OFFICE  
P.O. BOX 27305  
NEW YORK, NJ


LUND FIRE PRODUCTS COMPANY, INC.  
P.O.BOX 610522  
BAYSIDE, NY


MAGNOLIA BEEF CO.  
P.O. BOX 220  
ELIZABETH, NJ


MARGARET PALCA BAKES  
191 COLUMBIA STREET  
BROOKLYN, NY


METRO FOODS, INC.  
4-11 C 26TH AVENUE  
ASTORIA, NY


N.Y. STATE DEPARTMENT OF TAXAT  
WA HARRIMAN STATE CAMPUS  
ALBANY, NY 12205


NEW WORLD BISCOTTI  
115-25 METROPOLITAN AVE  
BOX 142  
KEW GARDENS, NY


NEW YORK ONE

NODINES SMOKEHOUSE INC.
PO BOX 1787
TORRINGTON, CT


OXFORD HEALTH PLANS
PO BOX 1368
NEWARK, NJ


PACKAGING THROUGH INNOVATION
51-02 21ST STREET
4TH FLOOR
LONG ISLAND CITY, NY


PAT LA FRIEDA
601 WASHINGTON STREET
NEW YORK, NY


PAY-O-MATIC


R.E. DIAMOND
10 BOX STREET
BROOKLYN, NY


RESTAURANT DEPOT
43-40- 57TH AVE.
MASPETH, NY


RICHARD'S CASH REGISTER
P.O. BOX 190742
BROOKLYN, NY


RICK'S AQUARIUM MAINTANCE. LLC
P.O. BOX 127
MONTVALE, NJ


RSM MCGLADREY
5155 PAYSPERE CIRCLE
CHICAGO, IL 60674


SASHA MUNIAK
16 EAST 48TH STREET
NEW YORK, NY 10017

SASHA MUNIAK
16 EAST 48TH STREET
NEW YORK, NY 10017

SERVICES MANGIA
16 EAST 48TH STREET
NEW YORK, NY 10017

SERVICES MANGIA
16 EAST 48TH STREET
NEW YORK, NY 10017

SETTEPANI
602 LORIMER STREET
BROOKLYN, NY

SILVER & COMPANY
155 EAST 55TH STREET
SUITE 300B
NEW YORK, NY

SULLIVAN ST BAKERY
533 W.47TH STREET
NEW YORK, NY

SWEET CLOVER FARMS
155-25 STYLER RD
JAMAICA, NY

SYSCO METRO NEW YORK, LLC.
20 THEODORE CONRAD DR.
JERSEY CITY, NJ

TERMINIX
30-50 WHITESTONE EXPRESSWAY
SUITE 303
FLUSHING, NY

TONY'S FISH & SEAFOOD CORP.
BUILDING # A-1
HUNTS POINT CO-OP MARKET
BRONX, NY

TOWER INSURANCE CO.
POB  29919
NEW YORK, NY


TROIS PETITS COCHONS
4223 1ST AVE. 2ND FLOOR
BROOKLYN, NY


V&V ENERGY BEVERAGE


VAL'S OCEAN PACIFIC CORP


VERIZON


VORNADO REALTY TRUST
P.O. BOX 21097A
NEW YORK, NY 10286

VORNADO REALTY TRUST
P.O. BOX 21097A
NEW YORK, NY 10286