**Gabriel Del Virginia, Esq. (GDV-4951)**
**LAW OFFICES OF GABRIEL DEL VIRGINIA**
*Proposed Attorneys for the Debtor*
*and Debtor in Possession.*
488 Madison Avenue, 19th Floor
Telephone: 212-371-5478
Facsimile: 212-371-0460
*gabriel.delvirginia@verizon.net*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------X

In re

                                                                  Chapter 11

    Mangia 57,Inc.,

    d/b/a Mangia 57,

    f/k/a Joanna, Sasha and
        Friends Food Services, Inc.

                Debtor.           Case No. 09-

-------------------------------------X

**DECLARATION OF SASHA MUNIAK PURSUANT TO**
**RULE 1007-2 OF THE LOCAL BANKRUPTCY RULES.**

      Sasha Muniak, declares under penalty of perjury, deposes and respectfully says:

      1. I am the Operating Director of Mangia 57, Inc. d/b/a Mangia 57, f/k/a Joanna, Sasha and Friends Food Services, Inc., the above-captioned debtor and debtor-in-possession (the "Debtor"), and I am familiar with the Debtor's business and financial affairs. I submit this declaration pursuant to Local Bankruptcy Rule 1007-2.

1

A.  **Background.**

2. The Debtor is a New York corporation and its business operates as an upscale, café, restaurant, and catering service, with a focus on Italian specialties. The Debtor is located at 50 West 57th Street in the borough of Manhattan, City of New York (the "Premises"). The Debtor has operated since 1981.

3. The Debtor's need to seek relief in this Court is a result of the decline in its recent operations which have been severely affected by the broad economic downtown.

4. Accordingly, the Debtor has fallen behind on its obligations to its lessor at the Premises (the "Lease Arrears").

5. While operating under the protection of this Court, the Debtor hopes to identify and negotiate with prospective investors or purchasers as a means to emerging from bankruptcy promptly.

6. There has been no committee organized before the order for relief.

7. The holders (and their names, addresses and additional information) of the twenty largest unsecured

claims against the Debtor are included in the documents filed herewith, and are incorporated herein by reference.

8. Holders of secured claims against the Debtor, are set forth on Scheduled D, filed simultaneously herewith, and incorporated by reference.

**B.    Requirements of 11 U.S.C.   1116.**

9. A balance sheet setting forth a summary of the Debtor's assets and liabilities, and statement of operations/cash flow is attached pursuant to 11 U.S.C. § 1116. The Debtor's current Federal tax return is being filed simultaneously herewith.

**C.    Additional Information.**

10. The Debtor has no publicly held securities.

11. The Debtor operates from the Premises.

12. The location of the Debtor's substantial assets is at the Premises.

13. Your deponent is the Operating Director and an equity holder of the Debtor. The remaining equity holders are set forth in the Statement of Financial Affairs to be filed and incorporated by reference.

14. No amount is proposed to be paid for services to officers, stockholders, and directors, for the thirty-day period following the filing of the Debtor's petition.

15. The Debtor employs approximately 108 employees, who are paid weekly.

16. The Debtor anticipates approximate gross cash receipts of $579,211.00 for the thirty-day period following the filing of the Debtor's petition and disbursements for the same period of $577,840.97 broken down as follows: (a) $257,524.00 in Food/Supply Expenses; (b)$182,960.78 in Payroll Expenses; and (c) $ 137,356.00 in Fixed Expenses.

I hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true to the best of my knowledge, information and belief.

/s/ *Sasha Muniak*
Sasha Muniak

Dated:   December 2, 2009
         New York, New York

BalSheet57

# Mangia 57, Inc.
## Balance Sheet
### For the Twelve Months Ending December 31, 2008

## ASSETS

Current Assets:
| | |
|---|---:|
| Cash | ($81,142) |
| Accounts Receivable | 408,071 |
| Inventory | 38,921 |
| Prepaid expenses and other current assets | (47,454) |
| **Total Current Assets** | **318,396** |
| | |
| Property & Equipment - net | 423,186 |
| Due From Affiliates | 2,286,231 |
| Due From Shareholder | (3,672) |
| Security Deposits | 120,338 |
| **Total Assets** | **$3,144,479** |

## LIABILITIES & SHAREHOLDERS' EQUITY & MEMBERS' DEFICIENCY

Current Liabilities:
| | |
|---|---:|
| Accounts Payable & Accrued Expenses | 1,275,072 |
| Current Maturities of Long-Term Debt | 175,000 |
| Income Taxes Payable | 45,116 |
| Taxes Payable other than on Income | 89,742 |
| **Total Current Liabilities** | **1,584,930** |
| Line of Credit - Capital One | 737,031 |
| Long-Term Debt | 14,584 |
| Deferred Rent | 82,753 |
| **Total Liabilities** | **2,419,298** |

Commitments

Shareholders' Equity & Members' Deficiency:
| | |
|---|---:|
| Common Stock | 15,000 |
| Retained Earnings (accumulated deficit) | 682,876 |
| **Total Shareholders' Equity & Members' Deficiency** | **697,876** |
| **Total Liabilities and Equity** | **$3,117,174** |

| Inactive | Account | Description | Beginning Balance | Debit | Credit | Net Change | Ending Balance |
|---|---|---|---|---|---|---|---|
| | 4150 | DISTRIBUTIONS | $245,653.84 | $54,853.02 | $53,000.00 | $1,853.02 | $247,506.86 |
| | 5010 | SALES-TAXABLE | $0.00 | $2,083,482.89 | $9,186,770.57 | ($7,103,287.68) | ($7,103,287.68) |
| | 5020 | SALES-NON-TAXABLE | $0.00 | $532,903.23 | $1,436,774.61 | ($903,871.38) | ($903,871.38) |
| | 6520 | BEGINNING INVENTORY | $0.00 | $125.22 | $0.00 | $125.22 | $125.22 |
| | 6530 | PURCHASES - PRODUCE | $0.00 | $787,851.22 | $17,822.43 | $770,028.79 | $770,028.79 |
| | 6540 | PURCHASES - BREAD | $0.00 | $309,243.29 | $1,269.37 | $307,973.92 | $307,973.92 |
| | 6550 | PURCHASES - MEAT | $0.00 | $592,279.68 | $9,014.12 | $583,265.56 | $583,265.56 |
| | 6560 | PURCHASES - DAIRY | $0.00 | $348,062.38 | $2,580.28 | $345,482.10 | $345,482.10 |
| | 6570 | PURCHASES - GROCERY | $0.00 | $381,426.60 | $4,121.69 | $377,304.91 | $377,304.91 |
| | 6580 | PURCHASES - FISH | $0.00 | $366,332.10 | $870.05 | $365,462.05 | $365,462.05 |
| | 6590 | PURCHASES - DESSERTS | $0.00 | $68,115.63 | $208.34 | $67,907.29 | $67,907.29 |
| | 6610 | PURCHASES - BEVERAGE | $0.00 | $222,978.28 | $4,630.91 | $218,347.37 | $218,347.37 |
| | 6620 | PURCHASES - BAKERY | $0.00 | $277,049.90 | $671.86 | $276,378.04 | $276,378.04 |
| | 6630 | PURCHASES - MANGIA CHOCOLATE | $0.00 | $1,187.53 | $0.00 | $1,187.53 | $1,187.53 |
| | 6690 | PURCHASES - FOOD | $0.00 | $72,491.16 | $487,958.00 | ($415,466.84) | ($415,466.84) |
| | 6710 | PURCHASES - BEER & WINE | $0.00 | $27,298.68 | $2,955.68 | $24,343.00 | $24,343.00 |
| | 6720 | PURCHASES - LIQUOR | $0.00 | $3,089.00 | $0.00 | $3,089.00 | $3,089.00 |
| | 7560 | SALES EXPENSE - OSMIO | $0.00 | $2,398.02 | $0.00 | $2,398.02 | $2,398.02 |
| | 7565 | SALES EXPENSE - AMERICA TO GO | $0.00 | $4,985.98 | $0.00 | $4,985.98 | $4,985.98 |
| | 8010 | SALARIES - KITCHEN MGMT | $0.00 | $95,550.00 | $3,850.00 | $91,700.00 | $91,700.00 |
| | 8020 | SALARIES - KITCHEN PREP | $0.00 | $467,533.30 | $20,469.53 | $447,063.77 | $447,063.77 |
| | 8030 | SALARIES - CATERING | $0.00 | $769,013.96 | $24,144.62 | $744,869.34 | $744,869.34 |
| | 8040 | SALARIES - CATERING MGMT | $0.00 | $176,294.16 | $13,834.53 | $162,459.63 | $162,459.63 |
| | 8080 | SALARIES - GENERAL MGMT | $0.00 | $81,354.00 | $3,278.00 | $78,076.00 | $78,076.00 |
| | 8090 | SALARIES - STORE MGMT | $0.00 | $40,042.80 | $1,617.00 | $38,425.80 | $38,425.80 |
| | 8100 | SALARIES - COUNTER/SALES | $0.00 | $583,374.73 | $23,462.66 | $559,912.07 | $559,912.07 |
| | 8120 | SALARIES - OFFICE MGMT | $0.00 | $18,586.12 | $0.00 | $18,586.12 | $18,586.12 |
| | 8140 | SALARIES - RESTAURANT STAFF | $0.00 | $96,331.50 | $4,855.83 | $91,475.67 | $91,475.67 |
| | 8150 | SALARIES - OFFICERS | $0.00 | $132,800.00 | $3,000.00 | $129,800.00 | $129,800.00 |
| | 8160 | OUTSIDE CATERING | $0.00 | $30,317.50 | $205.00 | $30,112.50 | $30,112.50 |
| | 8170 | PAYROLL EXPENSE | $0.00 | $74,543.00 | $503,176.00 | ($428,633.00) | ($428,633.00) |
| | 8180 | FICA EXPENSE | $0.00 | $205,007.54 | $8,017.47 | $196,990.07 | $196,990.07 |
| | 8200 | FEDERAL UNEMPLOYMENT INS. | $0.00 | $8,440.68 | $569.62 | $7,871.06 | $7,871.06 |
| | 8230 | NY STATE UNEMPLOYMENT INS. | $0.00 | $15,942.26 | $1,124.38 | $14,817.88 | $14,817.88 |
| | 8240 | DISABILITY INSURANCE | $0.00 | $6,341.32 | $3,822.41 | $2,518.91 | $2,518.91 |
| | 8250 | GENERAL INSURANCE | $0.00 | $21,899.71 | $260.46 | $21,639.25 | $21,639.25 |
| | 8260 | INSURANCE - WORKMEN'S COMP | $0.00 | $44,699.45 | $0.00 | $44,699.45 | $44,699.45 |
| | 8280 | MEDICAL INSURANCE | $0.00 | $267,138.42 | $93,433.79 | $173,704.63 | $173,704.63 |
| | 8350 | LAUNDRY & LINEN | $0.00 | $30,725.91 | $2,329.60 | $28,396.31 | $28,396.31 |
| | 8380 | KITCHEN UTENSILS | $0.00 | $25,106.38 | $4,158.92 | $20,947.46 | $20,947.46 |
| | 8430 | PAPER SUPPLIES | $0.00 | $654,524.37 | $34,824.81 | $619,699.56 | $619,699.56 |
| | 8440 | GARBAGE CARTING | $0.00 | $69,620.98 | $0.00 | $69,620.98 | $69,620.98 |
| | 8460 | TELEPHONE | $0.00 | $36,161.56 | $1,050.82 | $35,110.74 | $35,110.74 |
| | 8480 | EXTERMINATING | $0.00 | $6,426.62 | $0.00 | $6,426.62 | $6,426.62 |
| | 8490 | ELECTRICITY | $0.00 | $272,473.89 | $0.00 | $272,473.89 | $272,473.89 |
| | 8500 | EQUIPMENT RENTAL | $0.00 | $17,817.25 | $73.70 | $17,743.55 | $17,743.55 |
| | 8510 | CATERING EQUIPMENT | $0.00 | $2,000.00 | $0.00 | $2,000.00 | $2,000.00 |
| | 8530 | PROMO EXPENSE - PREPAID CARDS | $0.00 | $42,720.91 | $1,713.81 | $41,007.10 | $41,007.10 |
| | 8540 | CONSULTING FEES | $0.00 | $9,525.00 | $25,000.00 | ($15,475.00) | ($15,475.00) |
| | 8545 | MERCHANDISING & DISPLAY | $0.00 | $1,212.23 | $0.00 | $1,212.23 | $1,212.23 |
| | 8550 | MARKETING & ADVERTISING | $0.00 | $499.52 | $249.76 | $249.76 | $249.76 |
| | 8560 | TRANSPORTATION | $0.00 | $24,544.31 | $389.50 | $24,154.81 | $24,154.81 |
| | 8562 | TRANSIT CHEX EXPENSE | $0.00 | $8,426.41 | $7,660.67 | $765.74 | $765.74 |
| | 8570 | FLOWERS | $0.00 | $0.00 | $1,278.53 | ($1,278.53) | ($1,278.53) |
| | 8580 | OFFICE SUPPLIES | $0.00 | $6,120.02 | $367.34 | $5,752.68 | $5,752.68 |
| | 8585 | PRINTING & STATIONARY | $0.00 | $13,691.00 | $568.52 | $13,122.48 | $13,122.48 |
| | 8595 | PAYROLL PROCESSING | $0.00 | $24,665.01 | $3,359.55 | $21,305.46 | $21,305.46 |
| | 8600 | COMPUTER COSTS | $0.00 | $1,105.78 | $0.00 | $1,105.78 | $1,105.78 |
| | 8650 | LISCENSES AND FEES | $0.00 | $3,029.00 | $0.00 | $3,029.00 | $3,029.00 |
| | 8720 | CREDIT CARD CHARGES | $0.00 | $152,543.35 | $12,780.21 | $139,763.14 | $139,763.14 |

User Date: 10/31/2009　　　　　　　　　　　　　　　　　　　　　　　　　　　　User ID: ss

Mangia 57
General Ledger

Ranges:　From:　　To:
Date:　　1/1/2008　12/31/2008　　　　　Sorted By:　Main
Account:　First　　Last　　　　　　　Include:　Posting

| Inactive | Account | Description | Beginning Balance | Debit | Credit | Net Change | Ending Balance |
|---|---|---|---|---|---|---|---|
| | 1030 | PETTY CASH | $7,140.00 | $13,650.13 | $0.00 | $13,650.13 | $20,790.13 |
| | 1055 | CASH - CAPITAL ONE OPERATING | ($9,581.28) | $8,830,811.60 | $8,897,665.59 | ($66,853.99) | ($76,435.27) |
| | 1065 | CASH-CAPITAL ONE PAYROLL | ($29,931.86) | $2,709,965.13 | $2,729,724.00 | ($19,758.87) | ($49,690.73) |
| | 1119 | SUSPENSE ACCT | ($333.84) | $3,136,549.93 | $3,126,663.43 | $9,886.50 | $9,552.66 |
| | 1310 | ACCTS RECEIVABLE - CREDIT CARD | $14,048.09 | $5,687,457.93 | $5,686,865.24 | $592.69 | $14,640.78 |
| | 1330 | ACCOUNTS RECEIVABLE | $449,970.76 | $2,719,219.53 | $2,761,119.62 | ($41,900.09) | $408,070.67 |
| | 1335 | PREPAID CARDS - PAYMENTECH | ($51,081.48) | $97,523.69 | $108,616.33 | ($11,092.64) | ($62,174.12) |
| | 1530 | INVENTORY | $38,921.00 | $0.00 | $0.00 | $0.00 | $38,921.00 |
| | 1600 | PREPAID INSURANCE | $7,197.82 | $18,186.38 | $10,864.38 | $7,522.00 | $14,719.82 |
| | 2000 | PROPERTY & EQUIPMENT | $84,516.43 | $587.39 | $671.39 | ($84.00) | $84,516.43 |
| | 2050 | COMPUTER - SOFTWARE | $182,892.55 | $64.85 | $64.85 | $0.00 | $182,892.55 |
| | 2051 | ACCUMULATED SOFTWARE | ($187,498.00) | $0.00 | $0.00 | $0.00 | ($187,498.00) |
| | 2052 | COMPUTER - HARDWARE | $6,663.44 | $0.00 | $450.94 | $0.00 | $6,663.44 |
| | 2070 | FURNITURE & EQUIPMENT | $900,264.45 | $0.00 | $0.00 | $0.00 | $900,264.45 |
| | 2080 | ACCUMULATED DEPRECIATION | ($905,230.55) | $0.00 | $0.00 | $0.00 | ($905,230.55) |
| | 2090 | FURNITURE & FIXTURES | $62,645.45 | $1,052.27 | $1,052.27 | $0.00 | $62,645.45 |
| | 2100 | ACCUMULATED DEPRECIATION - F&F | ($67,701.63) | $0.00 | $0.00 | $0.00 | ($67,701.63) |
| | 2150 | OFFICE EQUIPMENT | $18,510.44 | $0.00 | $0.00 | $0.00 | $18,510.44 |
| | 2710 | LEASEHOLD IMPROVEMENTS | $490,594.08 | $0.00 | $0.00 | $0.00 | $490,594.08 |
| | 2720 | ACCUMULATED DEPRECIATION - LHI | ($142,467.70) | $0.00 | $0.00 | $0.00 | ($142,467.70) |
| | 2830 | SECURITY DEPOSITS | $120,337.59 | $0.00 | $0.00 | $0.00 | $120,337.59 |
| | 2840 | DUE TO/FROM 60-62 GREENWICH LLC | $0.00 | $96,000.00 | $53,000.00 | $43,000.00 | $43,000.00 |
| | 2845 | DUE FROM MANGIA 23RD LLC | ($53,555.88) | $109,012.46 | $94,775.08 | $14,237.38 | ($39,318.50) |
| | 2847 | DUE TO/FROM 60 GREENWICH LLC | $378,845.40 | $149,000.02 | $101,716.52 | $47,283.50 | $426,128.90 |
| | 2850 | DUE FROM SERVICES MANGIA | $1,211,458.07 | $1,619,329.38 | $871,352.02 | $747,977.36 | $1,959,435.43 |
| | 2855 | DUE FROM MANGIA WALL LLC | ($66,643.08) | $178,619.45 | $410,111.26 | ($231,491.81) | ($298,134.89) |
| | 2860 | DUE FROM MANGIA57,INC | $0.00 | $568.52 | $568.52 | $0.00 | $0.00 |
| | 2878 | DUE FROM MANGIA WALL CORP. | $0.00 | $0.00 | $249,000.00 | $0.00 | $0.00 |
| | 2880 | DUE TO/FROM 74 SEVENTH, LLC | $101,120.90 | $196,000.00 | $120,000.00 | $76,000.00 | $177,120.90 |
| | 2881 | DUE TO/FROM MA 1648 HOLDINGS | $0.00 | $18,000.00 | $0.00 | $18,000.00 | $18,000.00 |
| | 2885 | DUE TO MANGIA WALL BAKERY | $0.00 | $275,213.00 | $275,213.00 | $0.00 | $0.00 |
| | 2900 | DEFERRED RENT | ($82,753.00) | $0.00 | $0.00 | $0.00 | ($82,753.00) |
| | 2910 | DUE FROM SASHA MUNIAK | ($0.43) | $0.00 | $0.00 | $0.00 | ($0.43) |
| | 2920 | DUE TO CHLOE MUNIAK | ($2,307.56) | $188.00 | $0.00 | $188.00 | ($2,119.56) |
| | 2930 | DUE TO OLIVIA MUNIAK | ($1,851.00) | $299.00 | $0.00 | $299.00 | ($1,552.00) |
| | 3240 | ACCRUED EXPENSES | ($66,776.78) | $66,777.01 | $65,005.91 | $1,771.10 | ($65,005.68) |
| | 3250 | ACCTS. PAYABLE & ACCRUED EXP. | ($875,898.53) | $5,789,607.91 | $6,122,775.66 | ($334,167.75) | ($1,210,066.28) |
| | 3266 | ADVANCEME-VISA/MC LOAN | $0.00 | $42,598.13 | $99,927.00 | ($57,328.87) | ($57,328.87) |
| | 3290 | LOAN PAYABLE - CAPITAL ONE | ($189,583.33) | $175,000.08 | $0.00 | $175,000.08 | ($14,583.25) |
| | 3293 | LOAN PAYABLE-ALL POINTS #2 | ($0.52) | $0.00 | $0.00 | $0.00 | ($0.52) |
| | 3295 | LOAN PAYABLE - CAPITAL ONE CREDIT LINE | ($568,683.90) | $191,927.15 | $360,274.44 | ($168,347.29) | ($737,031.19) |
| | 3320 | LOAN PAYABLE - OTHERS | ($40,000.00) | $70,000.00 | $30,000.00 | $40,000.00 | $0.00 |
| | 3325 | SHORT TERM - LOAN PAYABLE | ($175,003.00) | $175,003.00 | $175,000.08 | $2.92 | ($175,000.08) |
| | 3330 | FICA PAYABLE | ($3.00) | $400,572.04 | $400,572.04 | $0.00 | ($3.00) |
| | 3340 | FED. INCOME TAX WITHHELD | $0.00 | $191,074.04 | $191,074.04 | $0.00 | $0.00 |
| | 3350 | NYS INCOME TAX WITHHELD | $0.00 | $68,761.16 | $68,761.16 | $0.00 | $0.00 |
| | 3360 | NYC INCOME TAX WITHHELD | $0.00 | $34,870.03 | $34,870.03 | $0.00 | $0.00 |
| | 3370 | FUTA TAX WITHHELD | $0.00 | $7,946.92 | $7,946.92 | $0.00 | $0.00 |
| | 3380 | SUI TAX WITHHELD | $0.00 | $15,172.95 | $15,172.95 | $0.00 | $0.00 |
| | 3500 | SALES TAX PAYABLE | ($22,642.86) | $747,330.76 | $814,427.20 | ($67,096.44) | ($89,739.30) |
| | 3570 | NYS CORPORATE TAX PAYABLE | $0.00 | $1,559.00 | $0.00 | $1,559.00 | $1,559.00 |
| | 3580 | NYC CORPORATE TAX PAYABLE | ($46,875.00) | $0.00 | $0.00 | $0.00 | ($46,875.00) |
| | 3590 | CORPORATE TAXES PAYABLE | $0.00 | $14,630.00 | $0.00 | $14,630.00 | $14,630.00 |
| | 4130 | COMMON STOCK | ($15,000.00) | $0.00 | $0.00 | $0.00 | ($15,000.00) |

User Date: 10/31/2009

Mangia 57

User ID: sa

| Inactive | Account | Description | Beginning Balance | Debit | Credit | Net Change | Ending Balance |
|---|---|---|---|---|---|---|---|
| | 8760 | CASH (OVER) SHORT | $0.00 | $1,022.92 | $712.90 | $310.02 | $310.02 |
| | 8800 | PROFFESIONAL FEES | $0.00 | $36,212.94 | $2,521.66 | $33,691.28 | $33,691.28 |
| | 8810 | ACCOUNTING FEES | $0.00 | $27,935.17 | $10,000.00 | $17,935.17 | $17,935.17 |
| | 8900 | REPAIRS & MAINTENANCE | $0.00 | $39,720.82 | $5,730.04 | $33,990.78 | $33,990.78 |
| | 9410 | RENT | $0.00 | $577,717.93 | $17,625.42 | $560,092.51 | $560,092.51 |
| | 9412 | WATER & SEWER CHGS | $0.00 | $114,330.45 | $27,340.95 | $86,989.50 | $86,989.50 |
| | 9470 | INTEREST & BANK CHARGES | $0.00 | $103,714.31 | $10,322.35 | $93,391.96 | $93,391.96 |
| | 9480 | BANK CHARGES | $0.00 | $167,662.43 | $9,699.61 | $157,962.82 | $157,962.82 |
| | 9490 | PENALTIES | $0.00 | $113,914.97 | $2,924.41 | $110,990.56 | $110,990.56 |
| | 9510 | MISCELLANEOUS | $0.00 | $10,514.52 | $6,292.46 | $4,222.06 | $4,222.06 |
| | 9600 | BAD DEBT EXPENSE | $0.00 | $10,950.19 | $0.00 | $10,950.19 | $10,950.19 |
| | 9830 | NYC CORP. INCOME TAX | $0.00 | $15,266.43 | $0.00 | $15,266.43 | $15,266.43 |
| | 9970 | RETAINED EARNINGS - ENDING | ($699,660.10) | $0.00 | $0.00 | $0.00 | ($699,660.10) |

| | Accounts | Beginning Balance | Debit | Credit | Net Change | Ending Balance |
|---|---|---|---|---|---|---|
| Grand Totals: | 127 | $0.00 | $45,991,846.62 | $45,991,846.62 | $0.00 | $0.00 |