SQUIRE, SANDERS & DEMPSEY L.L.P.  Hearing Date: February 10, 2010 at 10:00 a.m.
30 Rockefeller Plaza, 23rd Floor  Objection Date: February 3, 2010 at 10:00 a.m.
New York, New York 10112
(212) 872-9800
Robert A. Wolf, Esq. (rwolf@ssd.com)

*Attorneys for VNO LF 50 West 57th Street LLC .*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>MANGIA 57, INC., a/k/a Mangia 57,<br><br>Debtor. | Chapter 7<br><br>Case 09-17112 (ALG) |

**NOTICE OF MOTION OF LANDLORD VNO LF 50 WEST 57TH STREET LLC FOR AN ORDER REQUIRING DEBTOR TO PAY POST-PETITION RENT**

**PLEASE TAKE NOTICE** that, upon its annexed Motion (the "Motion") dated January 20, 2010, VNO LF 50 West 57th Street LLC, landlord (the "Landlord") of the debtor Mangia 57, Inc., a/k/a Mangia 57 (the "Debtor"), by Landlord's attorneys, Squire, Sanders & Dempsey L.L.P., will move before the Honorable Allan L. Gropper at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, Room 617, New York, NY 10004, on February 10, 2010, at 10:00 a.m., for an order (the "Order"), pursuant to Sections 365(d)(3) and 105(a) of the United States Bankruptcy Code: (i) directing the Debtor to make post-petition rent payments to the Landlord with respect to the leased premises for the commercial property located at 50 West 57th Street, New York, New York; and (ii) granting such other and further relief as this Court may deem just and proper. A copy of the proposed Order is attached as Exhibit 4 to the Motion.

1

**PLEASE TAKE FURTHER NOTICE** that any objections to the Motion shall be set forth in a writing describing the basis therefor, conform to the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Southern District of New York, and must be (i) filed with the United States Bankruptcy Court for the Southern District of New York in accordance with General Order M-242 (a) electronically, by registered users of the Bankruptcy Court's case filing system, and (b) on a 3.5 inch disk (preferably in Portable Document Format (PDF), WordPerfect or any other Windows-based word processing format), by all other parties in interest; (ii) submitted in hard-copy form directly to the chambers of the Honorable Allan L. Gropper, United States Bankruptcy Judge, at the Bankruptcy Court; and (iii) served upon the Landlord's attorneys Squire, Sanders & Dempsey L.L.P., 30 Rockefeller Plaza, 23rd Floor, New York, New York 10112 (Attn: Robert A. Wolf, Esq.), and the Debtor's attorneys, Law Offices of Gabriel Del Virginia, 488 Madison Avenue, 19th Floor New York, New York 10022, so that it is received no later than February 3, 2010 at 5:00 p.m.

Dated: New York, New York
January 20, 2010

                                      SQUIRE SANDERS & DEMPSEY L.L.P.

                                      By /s/ Robert A. Wolf
                                      Robert A. Wolf, Esq.  (rwolf@ssd.com)
                                      30 Rockefeller Plaza, 23rd Floor
                                      New York, New York 10112
                                      212-872-9800

                                      *Attorneys for VNO LF 50 West 57th Street LLC*

To: The Parties on the Attached Service List

# SERVICE LIST

Ace Endico
80 International Blvd.
Brewster, NY 10509

Val's Ocean Pacific Corp
624 Worthen Street
Bronx, NY 10474

Trois Petits Cochons
4223 1st Ave., 2nd Floor
Brooklyn, NY 11232-3313

Tony's Fish & Seafood Corp.
RHK Recovery Group
1670 Old Country Road
Plainview, NY 11803

Silver & Company
155 East 55th Street
Suite 300B
New York, NY 10022

NYS Dept of Tax And Finance
Bankruptcy Section
Po Box 5300
Albany, NY 12205

Metro Foods, Inc.
4-11 C 26th Avenue
Astoria, NY 11102-3932

Margaret Palca Bakes
191 Columbia Street
Brooklyn, NY 11231-1439

Magnolia Beef Co.
P.O. Box 220
Elizabeth, NJ 07207

U.S. Trustees' Office
33 Whitehall Street, Suite 2100,
New York, New York 10004
Attn: Nazar Khodorovsky, Esq.

LSF Network, Inc.
395 Oyster Point Blvd., Suite 110
South San Francisco, CA 94080-1929

Granite Telecommunications
100 Newport Ave. Extension
Quincy, MA 02171

Filta Clean Co., Inc.
107 Georgia Avenue
Brooklyn, NY 11207-2489

Answer Printing Inc.
P.O. Box 3442
New York, NY 10163

LaMonica Herbst & Maniscalco, Esq.
3305 Jerusalem Avenue
Wantagh, NY 11793
Attn: Joseph S. Maniscalco, Esq.

Law Offices of Gabriel Del Virginia
488 Madison Avenue,
19th Floor
New York, NY 10022
Attn: Gabriel Del Virginia, Esq.

Law Offices of Bruce Levinson
747 Third Avenue, 4th Floor
New York, NY 10017-2083
Attn: Bruce Levinson

Assistant Attorney General
120 Broadway - 24th Floor
New York, NY 10271
Attn: Neal S. Mann, Esq.

Lazer, Aptheker, Rosella & Yedid, P.C.
225 Old Country Road
Melville, NY 11747
Attn: Joseph C. Savino, Esq