Gabriel Del Virginia, Esq. (GDV-4951)
LAW OFFICES OF GABRIEL DEL VIRGINIA
*Attorneys for the Debtor
and Debtor in Possession.*
488 Madison Avenue, 19th Floor,
New York, New York 10022.
Telephone: 212-371-5478
Facsimile: 212-371-0460
gabriel.delvirginia@verizon.net

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------X

In re

    MANGIA 57, INC.,
    D/B/A MANGIA 57,

            Debtor.

Chapter 11

Case No. 09-17112(ALG)

------------------------------X

## NOTICE OF CONTINUATION OF FIRST MEETING OF CREDITORS.

**PLEASE TAKE NOTICE**, that the first meeting of creditors of Mangia 57, Inc., the above-captioned debtor, is continued to **May 19, 2010 at 3:30 p.m.** The meeting will be held at **Office of the United States Trustee, 80 Broad Street-4th Floor, New York, New York 10004-1068.**

**PLEASE TAKE FURTHER NOTICE**, that any information regarding the Debtor's case can be obtained from its undersigned attorneys, Law Offices of Gabriel Del Virginia, 488 Madison Avenue-19th Floor, New York, New York 10022, Attn.: Gabriel Del Virginia, Esq., 212-371-5478; *gabriel.delvirginia@verizon.net*

Dated:   New York, New York
         March 2, 2010

**LAW OFFICES OF GABRIEL DEL VIRGINIA**
Attorneys for the Debtor
and Debtor in Possession.


By: */s/ Gabriel Del Virginia*
Gabriel Del Virginia (GDV-4951)
488 Madison Avenue-19th Floor
New York, New York 10022
Tel: (212) 371-5478
Fax: (212) 371-0460
*gabriel.delvirginia@verizon.net*